The Honorable Julia E. Kobick
U.S. District Court
District of Massachusetts
---

Dear Judge Kobick:

First, I would like to express my deep regret and sincere apologies for this incident. My husband is truly remorseful and repentant for everything that has happened. As a Christian, he made a choice he should not have made, and he is filled with deep reflection, repentance, and pain over that decision. He is also deeply troubled by the shame he feels for showing such a poor example to our children.

Our family has endured many hardships as immigrants in this land. We have had to overcome language barriers, cultural conflicts, and even invisible racial discrimination. We had to work harder than others, sleep less, and do more to get by. As a couple, we raised our children with the determination that they would not have to suffer as we did. We taught them diligently within the framework of faith and with a correct worldview. We instilled in them a love for this country and a belief in respecting all people equally, so they would not face the same discrimination. Thanks to that, our children have grown up to exceed our expectations.

At this moment, although my husband may appear to the world as someone shameful, to me he is still the most kind, gentle, and loving husband. He is also a devoted father who dearly loves his children. He has a friend-like relationship with our sons, and they are even more attached to him than to me.

As his wife, I am very concerned about his health. He has high blood pressure, and not all medications are suitable for him; he needs a specific type of medication. He also suffers from high cholesterol. Before his arrest, he received lab results indicating elevated liver enzymes, but the cause was not properly diagnosed or treated before he was incarcerated. He also has eczema and is not able to apply his medications properly. While being held, he has also been experiencing new allergies and frequent skin itching, which causes him great discomfort. He suffers from panic attacks, and when he feels anxious or worried, he has difficulty breathing.

Your Honor, now that we are at a stage in life where we should be laying everything down and enjoying retirement, this mistake has brought deep hardship upon our family. What saddens us even more is when our grandchildren's grandfather says he can no longer clearly remember their faces — my husband and I are brought to tears. It is heartbreaking to miss this precious time of their lives when they are full of charm and joy.

Your Honor, please have mercy on our family and my husband. We sincerely ask for your leniency so that in the time we have left, we can live our lives in prayer for this nation and guide others who may be on the wrong path toward goodness. As his wife, I miss him dearly, and I need the protection and comfort of my husband. I, too, suffer from insomnia, mental distress, and an autoimmune liver disease, and I struggle alone every day.

Your Honor, I humbly and earnestly ask for your compassion and forgiveness toward my husband.

Sincerely,
His wife, Vicky Lee

The Honorable Julia E. Kobick
U.S. District Court
District of Massachusetts
---

Dear Judge Kobick:

My name is Leon Lee and I'm writing this letter about my father, James Y. Lee. I know this letter comes at a difficult time, and I want to speak honestly and from the heart about the man I know—and the father who helped raise me into who I am today.

To put it simply: **I love my dad**. He's my role model, my protector, and one of my closest friends. He's a man full of love, generosity, and quiet strength.

Having immigrated to the US with no money, no English, and no safety net, he worked tirelessly to what would eventually lead to being able to raise a loving family. Everything he's done—his sacrifices, his struggles, his choices—has always been for his family. Growing up, I didn't realize how much he carried on his shoulders. Only later did I understand that while my brother and I lived in a safe, loving home, my parents were often trying to make ends meet behind the scenes, and my father never let us feel that. He gave us everything he never had himself in hopes to set the foundation for us to grow. And for me, that foundation gave me the opportunity to attend West Point, serve my country, raise a family of my own, and much more. All possible because of my dad.

My father is a devout Christian. His faith is a big part of who he is, which has helped him stay grounded in difficult times. I know this current situation weighs heavily on him. He is deeply remorseful and understands the seriousness of what his actions. We often talk about him not avoiding the responsibility of this situation, but to rather grow from it.

I'm not writing this letter to excuse my father's actions. I'm writing because I know the kind of man he truly is – the man who held me when I was a child, who prayed with us at the dinner table, who shows unconditional love to me and our family.

I hope that, as you consider my father's case, you can also see the man I've known my whole life. He's not perfect, but he's a good man. And he's a man who understands what he's done and wants to move forward with humility. I respectfully ask that you consider compassion and leniency for someone who has given so much to his family and who continues to try to live his life with love, faith, and responsibility.

Thank you for taking the time to read this.

Sincerely,
His first son, Leon Lee

The Honorable Julia E. Kobick
U.S. District Court
District of Massachusetts
---

Dear Judge Kobick:

I am writing to you today with a heavy heart, humbly asking for your compassion and leniency as you consider the case involving my father. I know the seriousness of the situation but I hope to provide a fuller picture of the man behind the mistake, and the sincere remorse he carries.

My father is a devoted Christian who's always lived with humility, discipline, and strong faith. He came to this country with nothing but the hope that, through hard work and honesty, he could build a better life for his family. He worked incredibly hard – often juggling more than one job – so that his children could have the proper education and opportunities he never had.

He is man who shows his love through action, and his actions have always spoken volumes. Whether it was quietly volunteering at church or helping someone in need, even when he barely had anything himself, he always led by example. He raised us emphasizing the values of honesty, responsibility, and repentance.

Although he is my father, he's also my friend. He's the person I can always count on, whether I need advice, a laugh, or just someone to sit with. His strength is quiet but constant, and his loyalty and kindness have shaped who I am. He listens without judging, speaks with wisdom, and has always made feel safe and supported.

This is why the event that brought him before you have been so difficult – not only for our family, but most of all for him. I see how much it weighs on him every day. He prays for forgiveness constantly, not just from the court, but from God and from those who may have been hurt. He understands the gravity of his actions and takes full responsibility. What pains me the most is hearing that he can't remember his grandchildren, and seeing my mother alone with no one to lean on.

Your Honor, my father is a broken-hearted man who made a grave mistake, and he's truly sorry. All he wants is a chance to make things right and quietly live out the rest of his life with purpose and faith. If given the opportunity, I know he will keep trying to do the right thing.

Thank you for taking the time to read this. I truly hope you can find it in your heart to show him compassion and leniency.

Sincerely,
His second son, Nicholas Lee

The Honorable Julia E. Kobick
U.S. District Court
District of Massachusetts
---

Dear Judge Kobick:

My name is Jeanine Lee, and I am writing this letter on behalf of my father-in-law, James Lee, to speak to his character and the deeply positive impact he has had on my life and the lives of those around him.

My father-in-law is the kind of person who brings warmth and wisdom into every room. He is dependable, humble, and generous to a fault. Conversations with him—often shared around family dinners—are filled with laughter. His life experience and thoughtful perspective have always guided those around him, especially the young adults in our church community, where his faith and devotion to God are evident in his actions.

Even before I officially became part of the family, my father-in-law made every effort to make me feel welcomed and cared for. I'll never forget the way he supported me after I gave birth—cradling my newborn son, singing lullabies to soothe him, and ensuring I had nourishing meals to help me recover. One simple gesture stays with me to this day: he made me a smoothie, wrapped it in Saran Wrap, and wrote my name on it so I'd know it was just for me. That's the kind of man he is—thoughtful in the smallest ways that speak volumes.

He is also a grandfather to my son, his only grandson. His bond with my child is strong and loving, and his absence has been deeply felt in our home. My son asks for his grandfather regularly, and we continue to hold on to hope, prayer, and forgiveness as we move forward.

I do not write this letter to overlook or excuse any of the circumstances that have brought us to this point. I understand the importance of accountability in our justice system. But I also believe that the person I know—one who listens to others, gives generously, leads by example, and cherishes his family—deserves to be seen in full light.

I hope that this letter helps convey a more complete picture of who my father-in-law is and the kind of steady, loving presence he has been to so many people across generations and even across borders. He is loved. He is missed. And he continues to matter deeply to his family and community.

Sincerely,
His first daughter-in-law, Jeanine Lee

The Honorable Julia E. Kobick
U.S. District Court
District of Massachusetts
---

Dear Judge Kobick:

I have known my father-in-law for eight years, and in that time, I have come to know him not only as a father figure, but as a man of kindness and selflessness. He has been the central pillar in our family—a devoted husband, a loving grandfather, and someone who has consistently gone out of his way to help others.

He is a man who has lived a life of service. Whether it was volunteering at church or simply offering a listening ear to those in distress. He has always been dependable, and I've never doubted he would be there when needed.

None of us are immune to mistakes, and I know that he deeply regrets the actions that have brought him before the court. I can't imagine the toll this situation has taken on him emotionally and spiritually. He carries remorse for what has happened and the pain this has caused his loved ones.

I ask that his character be taken into consideration. He is a man with a heart full of goodness still left to give, and a deep, genuine desire to make things right.

Please consider showing mercy in your sentencing. Leniency would not only allow our family to begin healing but also give a good man the opportunity to rebuild, redeem, and continue being a positive force in the lives of those who know and love him.

With respect and hope,
His second daughter-in-law, Boram Lee

The Honorable Julia E. Kobick
U.S. District Court
District of Massachusetts

---

Dear Judge Kobick:

Dear Grandpa,

I Love you so much. Thank you for doing everything for me, I miss you. Come home soon very very very soon.



Love
Myles
(your grandson)

I miss you
Grandpa

Hurry
Home

I love you
Carislee

